# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**

National Football League Players Association,
National Football League Players Incorporated

Attorney's (Firm Name, Address, and Telephone Number)
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

**DEFENDANTS**

DraftKings Inc.,
DK Crown Holdings Inc.
Attorneys (If Known)

---

**DESCRIPTION OF CASE**

Plaintiffs seek damages for Defendants'
anticipatory breach of parties' contract,
or, in the alternative, for Defendants'
breach of the parties' contract.

Has this or a similar case been previously filed in SDNY ?

No? ☑ Yes? ☐ Judge Previously Assigned _____

If yes, was this case: Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐

If yes, give date: _____ & Case No. _____

---

**NATURE OF CASE**

☐ M 08-85 Motion to Compel
☐ M 08-85 Motion to Quash
☐ M 08-86 Internet Infringement
☐ M 08-88 Surety Companies
☐ M 08-425 Sureties Proceedings
☐ M 11-03 SEC Litigation to Freeze Account
☐ M 11-188 GJ Subpoenas - Unsealed
☐ M 11-189 GJ Subpoenas - Sealed
☐ M 16-88 Sale of Unclaimed Seamen's' Effects
☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
☐ M 18-302 Registration of a Judgment from Another District
☐ M 18-304 Administrative Subpoena Proceedings
☐ M 18-305 Registration of Student Loan Judgment
☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
☐ M 19-63 Receivers - Property in Other Districts
☐ M 19-78 Denial to Sue In Forma Pauperis
☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
☐ M 23 Petition to Perpetuate Testimony
☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
☐ M 25-2 Permission to have access to safe deposit boxes
☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
☐ M 28 Warrant for Entry & Inspection of Premises
☐ M 29 Privacy Act Application
☐ M 30 Privacy Act Application
☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
☐ M 33 Inspection Warrant - Department of Energy
☐ M 34 Order of Another District Court that the State Court Produce
☐ M 35 Order to Stay Transfer of Federal Prisoner
☐ M 36 National Labor Relations Board
☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
☐ M 38 Application for Reassignment of Bankruptcy Proceeding
☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
☐ M 41 Order of Return of 28:2254/2255 Petition

☐ M 42 Order Denying Stay of Deportation
☐ M 43 Contempt of Court in Bankruptcy
☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
☐ M 46 Order from Another District for Public Viewing
☐ M 47 Bankruptcy Cases - Before Appeal Filed
☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
☐ M 48 Application for Appointment of Counsel - No Case in This Court
☐ M 49 Order Denying Commencement of Civil Action
☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
☐ M 52 Application for Leave to File a Complaint
☐ M 53 Order Barring Individual from Entering Courthouse Building
☐ M 54 Immigration Naturalization - Order Delaying Deportation
☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
☐ M 58 Application for Extension of Time to File Petition for Removal
☐ M 59 Application to Produce Federal Prisoner in State Court
☐ M 67 Notice of Eviction to Squatters (USA Cases)
☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
☐ M 72 Order of Attachment of Another District – EDNY
☐ M 73 Subpoena to Government Agency
☐ M 75 Application for Writ of Garnishment
☐ M 76 Central Violations Bureau
☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
☐ M 90 Order of Attachment
☐ M 93 Letters Rogatory _____
☐ M 94 Other _____
☑ M 98 Application to file a civil case under seal.
☐ M 100 Motion to Unseal – Criminal Duty Matter
☐ M 101 Motion to Unseal – Criminal
☐ M 102 Motion to Unseal – Civil

DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:

JUDGE_____MISCELLANEOUS CASE NUMBER_____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

## PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

National Football League Players Association and National Football League Players Incorporated
1133 20th St NW
Washington, DC 20036

## DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DraftKings Inc. and DK Crown Holdings Inc.
222 Berkeley St.
Boston, MA 02116

## DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

CHECK ONE: AT LEAST ONE PARTY IS PRO SE    No [✓]   Yes [ ]

CHECK ONE: THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS [ ]   MANHATTAN [✓]

| SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|
| /s/ David L. Greenspan | [ ] U.S. GOVERNMENT ATTORNEY |
| | [ ] NO |
| RECEIPT # | [✓] YES (DATE ADMITTED (MM/YY) 10/2003 ) |
| Daniel Ortiz, Acting Clerk of Court, _____ | ATTORNEY BAR CODE # DG7742_____ |
| Dated: _____ | Dated: August 20, 2024_____ |