UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION and                24-mc-391 (JSR)
NATIONAL FOOTBALL LEAGUE
PLAYERS INCORPORATED,
                                       ORDER
          Plaintiffs,

     -against-

DRAFTKINGS INC. and DK CROWN
HOLDINGS INC.,

          Defendants.
```

JED S. RAKOFF, U.S.D.J., Part I:

On August 20, 2024, plaintiffs National Football League Players Association and National Football League Players Incorporated moved to file a new civil action with a redacted complaint and both redacted and sealed exhibits. See ECF. No. 1. After reviewing plaintiffs' originally proposed redactions and sealing, and determining that they were potentially overbroad, the Court granted plaintiffs leave to submit a revised order and proposal, which they did on August 22, 2024. The Court now finds sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order that the new action be filed with a redacted complaint and redacted versions of its supporting exhibits in accordance with plaintiffs' revised proposal. See ECF No. 3. Accordingly, the motion made in ECF No. 3 is granted, the motion made in ECF No. 1 is denied as moot, and the Clerk of the Court is respectfully directed to close ECF docket entries 1 and 3.

SO ORDERED.

New York, NY
8/22, 2024

_____
JED S. RAKOFF, U.S.D.J., Part I